RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Robert Guy Russell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT GUY RUSSELL,<br><br>            Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE AND ARRAIGNMENT AND PLEA**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Nicholas Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Robert Guy Russell, that Initial Appearance and Arraignment and Plea Hearing currently scheduled on June 10, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.    On March 16, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-03, which found that due to the outbreak of the coronavirus disease 2019 ("COVID-2019") in the District of Nevada, the declaration by the

Governor of the State of Nevada of a public health emergency due to the spread of COVID-19 in Nevada, and the declaration of local emergencies by local governments due to COVID-19, including Clark County, the Court has sustained "reduced ability to obtain an adequate spectrum of jurors," and it noted the effects of public health recommendations, including "social distancing measures." General Order 2020-03 accordingly continued all civil and criminal trials until April 10, 2020, pending further order of the Court and found that "the ends of justice are best served by ordering the continuances, which outweighs the best interests of the public and any defendant's right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A)." On April 9, 2020, Chief Judge Du entered Amended General Order 2020-03, which amended General Order 2020-03 by stating that "the Court has determined that jury trials must be further postponed" without indicating how long the postponement will continue. Amended General Order 2020-03 states further that the "each presiding judge will address any needed continuance of their trial in their individual cases."

2. On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 (collectively with General Order 2020-03, "the General Orders"), which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. On April 29, 2020, Chief Judge Du entered Amended General Order 2020-04, which amended General Order 2020-04 by, among other items, stating "[t]he Court plans to incrementally resume in-person court appearances as appropriate based on recommended health guidelines." Amended General Order 2020-04 states further that "[t]o ensure maximum distancing, the

presiding judge may limit the number of individuals who may physically be in the courtroom for an in-person court hearing and allow participation by telephone."

3. The defendant does not consent to waiving his personal appearance in court

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but based on the public health emergency brought about by the COVID-19 pandemic, the required social-distancing measures as recognized in the General Orders, the need for additional time to prepare the defense during the public health emergency and once the public health emergency is resolved.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first request for a continuance of the Initial Appearance and Arraignment and Plea hearing.

DATED this 21 day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Jammie Mickelson*<br>JAMIE MICKELSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT GUY RUSSELL,<br><br>　　　　Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Initial Appearance and Arraignment and Plea hearing currently scheduled for Wednesday, June 10, 2020 at 10:30 a.m., be vacated and continued to August 18, 2020 at the hour of 11:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

　　DATED this 21st day of May, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

4