RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Robert Guy Russell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>ROBERT GUY RUSSELL,<br><br>            Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Robert Guy Russell, that the Sentencing Hearing currently scheduled on February 16, 2021 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The defendant is attempting to gather documents for probation, including but not limited to medical records, to assist in its preparation of the presentence investigation report. The holidays and the impact of COVID-19 have slowed the process of obtaining the records.

2. Counsel for the defendant needs additional time to conduct investigation in this case which is relevant to the sentencing and disposition.

3. Defendant is not incarcerated and does not object to a continuance.

4. The parties agree to the continuance.

This is the first request for continuance filed herein.

DATED this 4th day of January 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Simon F. Kung*<br>SIMON F. KUNG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT GUY RUSSELL,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on February 16, 2021 at the hour of 9:30 a.m., be vacated and continued to June 1, 2021 at the hour of 10:30 a.m. in Courtroom 6C.

　　　DATED this 6th day of January 2021.

_____
UNITED STATES DISTRICT JUDGE

3