RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Robert Guy Russell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT GUY RUSSELL,<br><br>        Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Third Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Robert Guy Russell, that the Sentencing Hearing currently scheduled on August 5, 2021 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    On July 8, 2021, the Ninth Circuit Court of Appeals asked the Federal Public Defender for the District of Nevada (FPD) to provide an attorney to assist in United States v. Babichenko, et. al., District of Idaho case number CR18-258-BLW.  The Babichenko trial was suspended in the middle of its third week to seek additional counsel to assist with the defense

of one of nine co-defendants. The trial is predicted to last approximately two months. The FPD asked the undersigned to travel to Idaho and assist with the defense for the remainder of the trial. Therefore, counsel will be unable to assist Mr. Russell with his defense.

2. Counsel for the defendant has not yet received discovery.

3. Defendant is not incarcerated and does not object to a continuance.

4. The parties agree to the continuance.

This is the third request for continuance filed herein.

DATED this 21st day of July 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ Simon F. Kung<br>SIMON F. KUNG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT GUY RUSSELL,<br><br>      Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on August 5, 2021 at the hour of 9:30 a.m., be vacated and continued to October 28, 2021, at the hour of 9:30 a.m. in LV Courtroom 6C.

    DATED this 21st day of July 2021.

_____
UNITED STATES DISTRICT JUDGE

3