RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Robert Guy Russell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT GUY RUSSELL,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Fourth Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Robert Guy Russell, that the Sentencing Hearing currently scheduled on October 28, 2021 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defendant needs additional time to obtain mitigation records to prepare for sentencing.

　　　2.　　Defendant is not incarcerated and does not object to a continuance.

　　　3.　　The parties agree to the continuance.

1     This is the fourth request for continuance filed herein.

2     DATED this 4th of October 2021

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ Simon F. Kung<br>SIMON F. KUNG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT GUY RUSSELL,<br><br>      Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on October 28, 2021 at the hour of 9:30 a.m., be vacated and continued to December 28, 2021 at the hour of 9:30 a.m. in courtroom 6C.

    DATED this 5th day of October 2021.

_____
UNITED STATES DISTRICT JUDGE