CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6268
Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00059-APG-DJA |
| Plaintiff, | **Stipulation to Continue Sentencing Hearing** |
| v. | |
| ROBERT GUY RUSSELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Robert Guy Russell, that the Sentencing Hearing currently scheduled on February 15, 2022 at 10:00 a.m. be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties require additional time to prepare for the sentencing hearing, including investigating additional facts.

2. The defendant is out of custody and agrees with the need for the continuance.

3. This continuance is not sought for the purposes of delay.

4. The parties agree to the continuance.

Dated: February 1, 2022

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| *s/ Simon F. Kung*<br>Simon F. Kung<br>Assistant United States Attorney | *s/ Brian Pugh*<br>Brian Pugh<br>Assistant Federal Public Defender |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT GUY RUSSELL,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**Findings and Order on Stipulation** |

　　　　Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

　　　　1.　　The parties require additional time to prepare for the sentencing hearing, including investigating additional facts.

　　　　2.　　The defendant is out of custody and agrees with the need for the continuance.

　　　　3.　　This continuance is not sought for the purposes of delay.

　　　　4.　　The parties agree to the continuance.

　　　　THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter currently scheduled for February 15, 2022 at 10:00 a.m., be vacated and continued to a date and time convenient to this court, that is <u>April 19, 2022, at 2:30 p.m.</u> in courtroom 6C.

　　　　DATED this <u>8th</u> day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge