RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Robert Guy Russell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00059-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | (Seventh Request) |
| ROBERT GUY RUSSELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Robert Guy Russell, that the Sentencing Hearing currently scheduled on April 19, 2022 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

/ / /

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. The parties require additional time to prepare for the sentencing hearing, including investigating additional facts including facts related to issues raised at the February 8, 2022, motion hearing before this Court.
2. Defendant is not incarcerated and does not object to a continuance.
3. This continuance is not sought for the purposes of delay.
4. The parties agree to the continuance.

This is the seventh request for continuance filed herein.

DATED this 12th day of April 2022

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |

By */s/ Brian Pugh*  
BRIAN PUGH  
Assistant Federal Public Defender

By */s/ Simon F. Kung*  
SIMON F. KUNG  
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT GUY RUSSELL,<br><br>  Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on April 19, 2022 at the hour of 2:30 p.m., be vacated and continued to June 9, 2022, at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 13th day of April 2022.

_____
UNITED STATES DISTRICT JUDGE

3