RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Robert Guy Russell

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00059-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | (Eighth Request) |
| ROBERT GUY RUSSELL, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Robert Guy Russell, that the Sentencing Hearing currently scheduled on June 9, 2022 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

/ / /

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant in in trial in the District of Idaho and will not be back in time for the sentencing hearing.
2. Defendant is not incarcerated and does not object to a continuance.
3. This continuance is not sought for the purposes of delay.
4. The parties agree to the continuance.

This is the eighth request for continuance filed herein.

DATED this 3rd day of June 2022

RENE L. VALLADARES  
Federal Public Defender

By /s/ Brian Pugh  
BRIAN PUGH  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By /s/ Simon F. Kung  
SIMON F. KUNG  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT GUY RUSSELL,<br><br>　　　　Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on June 9, 2022 at the hour of 10:00 a.m., be vacated and continued to <u>July 21, 2022</u>, at the hour of <u>9:30 a</u>.m. in Courtroom 6C.

　　DATED this <u>6th</u> day of June 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3