RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Robert Guy Russell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT GUY RUSSELL,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Ninth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Robert Guy Russell, that the Sentencing Hearing currently scheduled on July 21, 2022 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

/ / /

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant in in trial in the District of Idaho and will not be back in time for the sentencing hearing.
2. Defendant is not incarcerated and does not object to a continuance.
3. This continuance is not sought for the purposes of delay.
4. The parties agree to the continuance.

This is the ninth request for continuance filed herein.

DATED this 6th day of July 2022

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ Simon F. Kung<br>SIMON F. KUNG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT GUY RUSSELL,<br><br>        Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on July 21, 2022 at the hour of 9:30 a.m., be vacated and continued to September 20, 2022 at the hour of 2:30 p.m.

    DATED this 11th day of July 2022.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE

3