RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Robert Guy Russell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ROBERT GUY RUSSELL,<br><br>           Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Eleventh Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Robert Guy Russell, that the Sentencing Hearing currently scheduled on January 12, 2023 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

      This Stipulation is entered into for the following reasons:

      1.    In October, the government provided the defense with 4179 pages of discovery.

      2.    In November, the government provided the defense with additional discovery constituting approximately 1000 audio files. The defense needs additional time to review this discovery.

3. The defense and the government are attempting to negotiate an agreed upon recommended sentence for this Court. The parties need additional time to pursue such an agreement.

4. Defendant is not incarcerated and does not object to a continuance.

5. This continuance is not sought for the purposes of delay.

5. The parties agree to the continuance.

This is the eleventh request for continuance filed herein.

DATED this 27th day of December 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ Edward G. Veronda<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT GUY RUSSELL,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on January 12, 2023 at the hour of 1:30 p.m., be vacated and continued to March 23, 2023 at the hour of 9:30 a.m. in Courtroom 6C.

　　DATED this 28th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3