JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
Edward.G.Veronda@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00059-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Twelfth Request) |
| ROBERT GUY RUSSELL | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward J. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Robert Guy Russell, that the Sentencing Hearing currently scheduled on April 13, 2023 at 9:00 a.m.,  be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.      Defendant needs additional time to confer with his client regarding sentencing and the options available to the Defendant to achieve the most just result at sentencing. More specifically, counsel for the Government needs additional time to verify the correct amount of restitution owed by Defendant Russell. The results of this verification process will be shared

with counsel for the Defendant. To avoid needless litigation over the issue of restitution, counsel for the Government and counsel for the Defendant are attempting to come to an agreed upon term of restitution.

2.      The defendant is not in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

4.      Counsel for the Government is unavailable May 15 to 19, 2023, and June 22, 2023, but is available all other times.

This is the twelfth request for a continuance of the Sentencing Hearing.

DATED this 5th day of April, 2023.

RENE L. VALLADARES                         EDWARD G. VERONDA
Federal Public Defender                       United States Attorney


By *Brian Pugh, Esq.*                          By *Edward J. Veronda*
BRIAN PUGH                                  EDWARD J. VERONDA
Counsel for Defendant                         Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00059-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT GUY RUSSELL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Thursday, April 13, 2023 at 9:00 a.m., be vacated and continued to June 15, 2023 at the hour of 10:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 6th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

3