JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
edward.g.veronda@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-0059-APG-DJA |
| Plaintiff, | **Joint Stipulation to Continue Revocation Hearing** |
| v. | |
| ROBERT GUY RUSSELL, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Keisha K. Matthews, counsel for Defendant ROBERT GUY RUSSELL, that the Revocation Hearing currently scheduled on Thursday, October 5, 2023 at 3:30 p.m., be vacated and continued to the afternoon of Wednesday, October 18 2023.

This Stipulation is entered into for the following reasons:

1. A portion of the petition will be contested, and an evidentiary hearing is necessary. The Government will call two U.S. Probation Officers. One USPO Officer is unavailable for the October 5, 2023 date as that USPO officer will be in Reno, Nevada.

2. The defendant is not in custody and agrees with the need for a continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of this hearing. However, the Government is only asking for a short continuance to avoid the conflict with a necessary witness.

DATED this 4th day of October, 2023

Respectfully Submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Keisha K. Matthews<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender<br>Counsel for Defendant RUSSELL | /s/ Edward G. Veronda<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-0059-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT GUY RUSSELL, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the Revocation Hearing, currently scheduled on Thursday, October 5, 2023 at 3:30 p.m., be vacated and continued to October 18, 2023 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 4th day of October, 2023.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE