RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Madeline_Lal@fd.org

Attorney for Robert Guy Russell

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT GUY RUSSELL,<br><br>  Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Robert Guy Russell, that the Revocation Hearing currently scheduled on January 25, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to negotiate a possible non-hearing resolution.
2. The defendant is not in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 22nd day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Madeline S. Lal*<br>MADELINE S. LAL<br>Assistant Federal Public Defender | By /s/ *Edward G. Veronda*<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GUY RUSSELL,<br><br>Defendant. | Case No. 2:20-cr-00059-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 25, 2024, at 9:30 a.m., be vacated and continued to March 5, 2024 at the hour of 2:30 p.m. in Courtroom 6C.

DATED this 23rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE